## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**DARCUS WRIGHT**

     **Petitioner,**

**v.**                              **Case No.  3:22-cv-16807-MCR-MJF**

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

     **Respondent.**

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 29, 2022. ECF No. 3. Petitioner was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this Order.

2.     Petitioner's "Petition for 30 Day Extension," Doc. 1, is **DISMISSED** for lack of jurisdiction.

3.     The Clerk of Court is directed to close this case file and to send Petitioner the form for seeking habeas corpus relief under 28 U.S.C. § 2254.

**DONE AND ORDERED** this 8th day of December 2022.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**